Elizabeth D. Tate, SBA # 32659
2953 North 48th Street
Phoenix, AZ 85018-7749
Phone: (602) 670-4653
Fax: (602) 595-5959
E-mail: attorneyelizabethtate@yahoo.com

Attorney for Plaintiff, Karen Marshall

Elizabeth M. Soveranez, SBN 024009
Justin B. Caresia, SBN 034007
Krizia Verplancke, SBN 034027
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Elizabeth.Soveranez@ogletreedeakins.com
Justin.Caresia@ogletreedeakins.com
Krizia.Verplancke@ogletreedeakins.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Marshall,<br><br>            Plaintiff,<br><br>    vs.<br><br>Early Warning Services, LLC,<br><br>            Defendant. | No. CV-20-305-PHX-MHB<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

In accordance with the Court's May 29, 2020, Scheduling Order [Doc. 23], Plaintiff Karen Marshall and Defendant Early Warning Services, LLC, have engaged in good faith settlement discussions. The parties have been unable to meet in person to discuss settlement due to the ongoing COVID-19 pandemic; however, counsel for Plaintiff and Defendant held a telephonic settlement discussion on August 17, 2020 (the parties also engaged in preliminary settlement discussions at the time the case was filed and before the Scheduling Order) and have continued to engage in settlement discussions via email. On the evening

August 17, 2020, Plaintiff Karen Marshall made another settlement demand, which the Early Warning Services is currently in the process of reviewing internally, along with additional information requested from Plaintiff, and anticipates providing a counter offer this week. At this time, the parties have not reached a settlement. If the parties' current settlement discussions are not successful, the parties are amenable to requesting a settlement conference before a magistrate judge. The parties will promptly notify the Court if a settlement is reached.

DATED this 24th day of August 2020.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By   s/Elizabeth M. Soveranez
Elizabeth M. Soveranez
Justin B. Caresia
Krizia Verplancke
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Attorneys for Defendant


By   s/Elizabeth D. Tate (with permission)
Elizabeth D. Tate
2953 North 48th Street
Phoenix, AZ 85018-7749
Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2020, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing, which will send a notification of such filing to the following:

> Elizabeth D. Tate
> Attorney at Law
> 2953 N. 48th St.
> Phoenix, AZ 85018
> attorneyelizabethtate@yahoo.com
> *Attorney for Plaintiff*

s/Bernadette Young

43977731.1

3