Elizabeth D. Tate    AZ Bar No.   32659
2953 N. 48th Street
Phoenix, AZ 85018-7749
Telephone (602) 670-4653
E-mail: attorneyelizabethtate@yahoo.com
Fax (602) 595-5959
Attorney for Plaintiff Karen Marshall

**IN THE UNITED STATES DISTRICT COURT OF ARIZONA**

| | |
|---|---|
| **Karen Marshall,** | **Case # 2:20cv00305** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| **Early Warning Services, LLC,** | |
| Defendant. | |

COMES NOW the parties by and through their undersigned counsel and hereby stipulate that Plaintiff Karen Marshall's Complaint against Defendant Early Warning Services, LLC be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs and attorney's fees.

1

/s/ Elizabeth D. Tate
Elizabeth D. Tate
2                                   Attorney for Karen Marshall

3

4                                  /s/ Elizabeth M. Soveranez
Attorney for Early Warning Services, LLC

5

6

7 **CERTIFICATE OF SERVICE**

8     I hereby certify that on December 18, 2020   I electronically submitted

9 the attached document to the Clerk's office using the CM/ECF System for

10 filing and transmittal of Notice of Electronic Filing to counsel of record.

11

12 /s/Elizabeth D. Tate

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28