1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Marshall,<br><br>                    Plaintiff,<br><br>v.<br><br>Early Warning Services LLC,<br><br>                    Defendant. | No. CV-20-00305-PHX-MTL<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 27), and good cause appearing,

**IT IS ORDERED granting** the Stipulation of Dismissal (Doc. 27) and dismissing this action, with prejudice, in its entirety, and with each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 21st day of December, 2020.

*Michael T. Liburdi*

Michael T. Liburdi
United States District Judge